**No. 58233.**—Scott B. Parry *v.* United States, protest 220244–K (New York).

Opinion by OLIVER, C. J. Since the evidence showed that the shipment under consideration was comprised of a set of 36 bells, it was held that the merchandise falls squarely within the provision in paragraph 1541 (c), as modified, *supra.* Accordingly, the claim of the plaintiff was sustained.

**No. 58234.**—Thalson Co. and Joseph A. Paredes & Co. et al. *v.* United States, protests 214431–K, etc. (San Francisco).

Opinion by OLIVER, C. J. It was stipulated that the merchandise and issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519). In accordance with stipulation of counsel and following the cited case, the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).